UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-M-84

**FILED**

NOV 2 4 2010

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
SHEILA K. GUARDIOLA )

The Government's motion is hereby granted. The case is dismissed.

11-24-10
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE